**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

CESAR ALBERTO ROMERO CUZA,

      Petitioner,

      v.

MARKWAYNE MULLIN, et al.,

      Respondents.

CIVIL ACTION NO.: 5:26-cv-569

**O R D E R**

The Court conducted an informal telephonic conference with the parties on May 18, 2026.  During the conference, Respondent's counsel stated she would file a motion to dismiss **on or before June 1, 2026**.  Petitioner shall have **up to and including June 15, 2026**, to file any desired response to the motion to dismiss.  The parties, in their briefing, are to indicate if there is any need for oral argument or an evidentiary hearing and provide specific issues they wish to discuss and any requests for hearings to be conducted in person or by electronic means.  If there are any updates on Petitioner's status during the pendency of this case or any other factual updates to provide, the parties are to notify the Court.

      **SO ORDERED**, this 27th day of May, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA